IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFERY MARTIN                                                          PLAINTIFF

VS.                          CASE NO. 3:11CV00260 DPM/HDY

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                                 DEFENDANT

## ORDER

The application to proceed *in forma pauperis* is granted. The applicant may proceed without prepayment of fees and costs or the necessity of giving security therefor.

IT IS SO ORDERED this   29   day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE