IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JEFFERY MARTIN**                                                                       **PLAINTIFF**

**VS.**                                     **CASE NO. 3:11CV00260 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**                                       **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this   12   day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE